# EXHIBIT A

> LUCIA K. SIMS
> 33 WIMPOLE WAY
> GREEN BROOK, NJ 08812-2033
>
> 1334
>
> 8/31 20 09
>
> Pay to the order of _John W. Sims_ $145,000.00
>
> _One hundred forty-five thousand_ & xx/100 Dollars
>
> PNC BANK
> PNC BANK, N.A.
> NEW JERSEY 060
>
> For_____  _Lucia K. Sims_

1334      $145,000.00      09/01/2009